938

No. 11–9452. BRAVO FLORES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–9453. GIANNINI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9492. SANDOVAL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–9672. PADILLA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9830. DOZIER *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 11–9861. SAMPSON *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 11–9862. RIVERA *v.* HORNE, ATTORNEY GENERAL OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9863. SMITH *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–9874. BAILEY *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9876. LOMAX *v.* REGALADO, MAYOR, CITY OF MIAMI, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9877. SMITH *v.* SANDOR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9889. MCMORRIS *v.* SHERFIELD ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9892. NUNN *v.* COOPER, ATTORNEY GENERAL OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 11–9895. BROWN *v.* MITCHELL, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.